United States District Court
Southern District of Texas

**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ARTURO RUIZ GOMEZ, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00155 |
| | § | |
| JUAN AGUDELO, *et. al.* | § | |
| "Respondents." | § | |

## ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1), Respondents' "Motion for Summary Judgment and Response to Petition for Writ of Habeas Corpus" ("Motion for Summary Judgment") (Dkt. No. 7), the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" ("Report and Recommendation") (Dkt. No. 11), and the Parties' "Joint Notice of Petitioner's Release and Joint Motion to Dismiss Petition as Moot" ("Joint Motion to Dismiss") (Dkt. No. 12).

On July 24, 2026, the Parties jointly moved to dismiss because the Petitioner was released from immigration custody on May 23, 2025. (Dkt. No. 12 at 2). The Court concludes from these filings that the Petition is moot. For the Court to retain subject matter jurisdiction over this case, the Petition must continue to present a live case or controversy. *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021) (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Otherwise, the case is moot, and the Court is deprived of jurisdiction. A case becomes moot when it is "impossible for a court to grant any effectual relief whatever to the prevailing party." *Herndon*, 985 F.3d at 446 (quoting *Knox v. Serv. Emps. Int'l Union, Loc. 1000*, 567 U.S. 298, 307 (2012)).

The Petition's main form of relief was release from detention. Because Petitioner has been released from Respondents' custody, there is no longer a live case-or-controversy for which this Court can offer relief.

Accordingly, the Joint Motion to Dismiss (Dkt. No. 12) is **GRANTED**. Petitioner's Petition (Dkt. No. 1) is hereby **DISMISSED** as moot, and Respondents' Motion for Summary Judgment (Dkt. No. 7) is **DENIED** as moot. The Court **REJECTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 11) as moot. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 29th day of July 2026.

Rolando Olvera
United States District Judge